# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>HECTOR HERNANDEZ<br>DEFENDANT(S). | CASE NUMBER<br>5:15-MJ-00500<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __TUESDAY, DECEMBER 22,__ , __2015__ , at __3:00__ ☐a.m. / ☒p.m. before the Honorable __David T. Bristow__ , in Courtroom __3__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/18/2015__             SHERI PYM
                                 U.S. District Judge/Magistrate Judge